UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 26 2019 ★

LONG ISLAND OFFICE

D'ANGELO CARUSO,
ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILARLY SITUATED,

                  Plaintiff,

v

P&B CAPITAL GROUP, LLC, AND
CROWN ASSET MANAGEMENT, LLC,

                  Defendants.

Civil Action, File No.
2:18-cv-04755-JFB-ARL

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the present action against Defendant.

Dated:      March 25, 2019

/s/_____
Mitchell L. Pashkin, Esq. (MLP-9016)
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

Request granted. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this case is voluntarily dismissed. The Clerk of the Court shall close the case.

SO ORDERED
S/ JOSEPH F BIANCO
Joseph F. Bianco
USDJ
Date: March 26, 2019
Central Islip, N.Y.